UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 12 |
| | BANKRUPTCY NO. 10-02202C |
| JASON J. LEGASSICK, | |
| JODI LEGASSICK, | MOTION TO PAY 11 USC SECTION 347(a) UNCLAIMED FUNDS INTO |
| Debtors. | COURT REGISTRY FUND PURSUANT TO FRBP 3011 LOCAL RULE 3011 |

COMES NOW the Chapter 12 Trustee and states to the Court that the following payment has been stale-dated. The account of this estate reflects that the following amount is still on deposit, representing payment mailed to the named parties:

| | | |
|---|---|---|
| Claim no. 3 | Vita Plus | Check #026439 |
| | PO box 259126 | Amount $8.76 |
| | Madison, WI  53725-9126 | Issued 12/31/2015 |

The trustee has stop payment on this check.

WHEREFORE, it is prayed the Court enter an Order that said sum shall be deposited with the Clerk of the United States Bankruptcy Court for the Northern District of Iowa under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code and the Clerk shall hold said sum under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code for the benefit of said parties.

DATED:  April 13, 2016

/s/ Carol F. Dunbar
Carol F. Dunbar, #1682
Chapter 12 Trustee
531 Commercial Street, Suite 500
Waterloo, IA 50701
Telephone: (319) 233-6327
Fax:  (319) 233-0346